

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.,**
Appellant

v.

George Samuel **LUDOLF,**
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On April 26, 2021, appellant filed an agreed motion to abate this appeal to allow time for the finalization of settlement documents. The motion stated the parties reached a settlement that required surveys and other conditions to be completed by October 1, 2021, and requested abatement of the appeal until that date. On April 28, 2021, we abated the case until May 28, 2021 and ordered the appellant to file (1) a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.1; (2) a detailed status update; or (3) its brief. On May 24, 2021, the appellant filed a detailed status update, stating that the parties' surveyor intends to be done by May 28, 2021, and that the appellant will provide this court with an update on or before June 28, 2021. On June 16, 2021 we abated the case until July 30, 2021 and ordered the appellant to complete all requirements and file (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1; or (2) its brief.

On July 27, 2021, appellant filed an unopposed motion for abatement extension, requesting a third extension until August 31, 2021, representing to the court the parties "can complete the requisite settlement requirements allowing for the voluntary dismissal of this appeal by August 31, 2021" or sooner, should the parties complete their obligations prior to August 31, 2021.

The motion is **GRANTED.** This appeal is **ABATED** until **August 31, 2021.** Appellant is **ORDERED** to complete all requirements and file, **no later than August 31, 2021,** (1) a

motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1; or (2) its brief. **No further extensions will be granted**.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.

MICHAEL A. CRUZ, Clerk of Court